**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

**CASE NO.: 0:23-CV-62375**

**INA PAVES,** *individually and on behalf of all others similarly situated*,

    Plaintiff,

v.

**CITRIX SYSTEMS, INC. and FRED HUTCHINSON CANCER CENTER,**

    Defendants.

**Judge Donald M. Middlebrooks**

**Magistrate Judge Panayotta D. Augustin-Birch**

---

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF**
<u>**ALL CLAIMS AGAINST FRED HUTCHINSON CANCER CENTER**</u>

Plaintiff Ina Paves, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses without prejudice all claims in this action against Defendant Fred Hutchinson Cancer Center ("FHCC"). The Plaintiff is entitled to make such dismissal as a matter of right because it is being filed "before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: January 18, 2024.

Respectfully submitted,

*/s/ Jeff Ostrow*
Jeff Ostrow, FBN 121452
Steven Sukert, FBN 1022912
**KOPELOWITZ OSTROW**
**FERGUSON WEISELBERG GILBERT**
One West Las Olas Blvd., Suite 500
Fort Lauderdale, Florida 33301
Telephone: 954-525-4100
ostrow@kolawyers.com
sukert@kolawyers.com

William "Billy" Peerce Howard, FBN 103330
**THE CONSUMER PROTECTION FIRM,
PLLC**
301 East Jackson Street, Suite 2340
Truist Place
Tampa, FL 33602
Telephone: 813-500-1500
billy@TheConsumerProtectionFirm.com

Bart D. Cohen (admitted *pro hac vice*)
**BAILEY & GLASSER, LLP**
1622 Locust Street
Philadelphia, PA 19103
Telephone: 215-274-2103
bcohen@baileyglasser.com

*Counsel for Plaintiff and the Putative Class*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served via email

via the CM/ECF system on all counsel of record on this 18th day of January, 2024.

*/s/ Jeff Ostrow*_____
Jeff Ostrow

2