**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 23-62375-CIV-MIDDLEBROOKS/AUGUSTIN-BIRCH**

INA PAVES, individually and on behalf of all
others similarly situated,

        Plaintiff,

    v.

CITRIX SYSTEMS, INC. and FRED
HUTCHINSON CANCER CENTER,

        Defendants.

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff Ina Paves, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses with prejudice all claims in this action against Defendant Citrix Systems, Inc. ("Citrix"). The Plaintiff is entitled to make such dismissal as a matter of right because it is being filed "before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: February 6, 2024

Respectfully submitted,

*/s/ Jeff Ostrow*
Jeff Ostrow FBN 121452
Steven Sukert FBN 1022912
**KOPELOWITZ OSTROW FERGUSON**
**WEISELBERG GILBERT**
One West Las Olas Blvd., Suite 500
Fort Lauderdale, Florida 33301
Telephone: 954-525-4100
ostrow@kolawyers.com
sukert@kolawyers.com

William "Billy" Peerce Howard, FBN 103330
**THE CONSUMER PROTECTION FIRM, PLLC**
301 East Jackson Street, Suite 2340
Truist Place Tampa, FL 33602
Telephone: 813-500-1500
billy@TheConsumerProtectionFirm.com

Bart D. Cohen (admitted pro hac vice)
**BAILEY & GLASSER, LLP**
1622 Locust Street
Philadelphia, PA 19103
Telephone: 215-274-2103
bcohen@baileyglasser.com

*Counsel for Plaintiff*

2